824

## Commonwealth v. Davis, Appellant.

Submitted March 16, 1970.

*Robert W. Lentz,* and *Lentz, Riley, Cantor, Kilgore & Massey,* for appellant; *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. DeBella, Appellant.

Submitted March 16, 1970. *Joseph Wassell,* Assistant Public Defender, for appellant; *Ernest J. Gazda, Jr.,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Dennis, Appellant.

Submitted March 18, 1970. *Thomas McLenahan* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Anne T. Welsh,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.